Anita McCormick Blaine, appellant, v. City of Chicago, appellee. Gen. No. 34,079.

Heard in the first division of this court for the first district at the February term, 1930.

Opinion filed June 30, 1930.

George A. Mason, for appellant; Angus Roy Shannon and Henry E. Mason, of counsel. Samuel A. Ettelson, Corporation Counsel, Gotthard A. Dahlberg, Wm. T. Crilly and Joseph J. Thompson, Assistant Corporation Counsel, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Foreman Trust & Savings Bank, appellant, v. City of Chicago, appellee. Gen. No. 34,080.

Heard in the first division of this court for the first district at the February term, 1930.

Opinion filed June 30, 1930.

George A. Mason, for appellant; Angus Roy Shannon and Henry E. Mason, of counsel. Samuel A. Ettelson, Corporation Counsel, Gotthard A. Dahlberg, Wm. T. Crilly and Joseph J. Thompson, Assistant Corporation Counsel, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Le Roy D. Kellogg, appellant, v. City of Chicago, appellee. Gen. No. 34,081.

Heard in the first division of this court for the first district at the February term, 1930.

Opinion filed June 30, 1930.

George A. Mason, for appellant; Angus Roy Shannon and Henry E. Mason, of counsel. Samuel A. Ettelson, Corporation Counsel, Gotthard A. Dahlberg, Wm. T. Crilly and Joseph J. Thompson, Assistant Corporation Counsel, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.